UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA,<br><br>         Plaintiff,<br><br> - against -<br><br>ARIANA GRANDE and GRANDARI, INC.<br><br>         Defendants. | Docket No. 1:19-cv-4349<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Robert Barbera ("Barbera" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendants Ariana Grande ("Grande") and Grandari, Inc. ("Grandari" and together with Grande or "Defendants") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendants unauthorized reproduction and public display of two copyrighted photographs singer, songwriter and actress Adriana Grande, owned and registered by Barbera, a New York based professional photographer. Accordingly, Barbera seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      Upon information and belief, this Court has personal jurisdiction over Defendants because Defendants resides and/or transacts business in New York and is registered with the New York Department of State Division of Corporations.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Barbera is a professional photographer in the business of licensing his photographs to print and online media for a fee having a usual place of business at 300 West 55th Street, Suite 5B, New York, New York 10019.

6.      Upon information and belief, Grande is an individual residing in 520 West 28th Street, New York, New York 10001. At all times material hereto, Grande has operated their Instagram page at the URL: www.Instagram.com/ArianaGrande (the "Instagram Page").

7.      Upon information and belief, Grandari is a domestic business corporation duly organized and existing under the laws of the State of Delaware with a place of business at 520 West 28th Street, New York, New York 10001. At all times material hereto, Grande has operated their Instagram page at the URL: www.Instagram.com/ArianaGrande (the "Instagram Page").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photographs**

8.      Barbera photographed singer, songwriter and actress Adriana Grande (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

9.      Barbera is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10.     The Photographs were registered with United States Copyright Office and were given Copyright Registration Numbers VA 2-142-778.

B.     **Defendants's Infringing Activities**

11.    Defendants ran the Photographs on the Instagram Page. See: https://www.instagram.com/arianagrande/p/BmlsiDAnT7s/. Screenshots of the Photographs on the Instagram Page are attached hereto as Exhibit B.

12.    Defendants did not license the Photographs from Plaintiff for its Instagram Page, nor did Defendants have Plaintiff's permission or consent to publish the Photographs on its Instagram Page.

13.    The Instagram Page received 3,392,079 likes to the Photographs.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANTS)**
**(17 U.S.C. §§ 106, 501)**

14.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-13 above.

15.    Defendants infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Instagram Page. Defendants is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

16.    The acts of Defendants complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17.    Upon information and belief, the foregoing acts of infringement by Defendants have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18. As a direct and proximate cause of the infringement by the Defendants of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendants profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## SECOND CLAIM FOR RELIEF
## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST DEFENDANTS
## (17 U.S.C. § 1202)

19. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-18 above.

20. Upon information and belief, Defendants intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

21. The conduct of Defendants violates 17 U.S.C. § 1202(b).

22. Upon information and belief, Defendants falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

23. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Defendants intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Defendants also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

24. As a result of the wrongful conduct of Defendants as alleged herein, Plaintiff is entitled to recover from Defendants the damages, that he sustained and will sustain, and any

gains, profits and advantages obtained by Defendants because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

25. Alternatively, Plaintiff may elect to recover from Defendants statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendants be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. The Defendants be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendants profits, gains or advantages of any kind attributable to Defendants infringement of Plaintiff's Photographs;

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendants profits, gains or advantages of any kind attributable to Defendants falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendants pursuant to 17 U.S.C. § 1203(c);

5. That Defendants be required to account for all profits, income, receipts, or other benefits derived by Defendants as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

7. That Plaintiff be awarded punitive damages for copyright infringement;

8. That Plaintiff be awarded attorney's fees and costs;

9. That Plaintiff be awarded pre-judgment interest; and

10. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
May 13, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Robert Barbera*